UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

LYON FINANCIAL SERVICES, INC., d/b/a
USBANK PORTFOLIO SERVICES,

           Plaintiffs,

- against -

NOAH WEG, M.D.,

           Defendant.

------------------------------------X

04 Civ. 10306 (RWS)

O R D E R

**Sweet, D.J.,**

      Pursuant to advice of counsel that this case has been stayed by virtue of an involuntary bankruptcy filed on behalf of various creditors of defendant Noah Weg, M.D., this action is hereby dismissed with leave to reopen without penalty and without the payment of filing fees.

      It is so ordered.

New York, NY
April 11, 2005

                                      ROBERT W. SWEET
                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/05